UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
Feb 19 2008 M13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES Robinson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
Sheriff Thomas J. Dart
Health Services

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1034
JUDGE KENDALL
MAGISTRATE JUDGE DENLOW

Case No: _ _ _ _ _ _ _ _
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state,) county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: JAMES ROBINSON

B. List all aliases: N/A

C. Prisoner identification number: 2007-0024460

D. Place of present confinement: 2617 Marigold Apt #326

E. Address: Souk Village, Ill 60441

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Health Services of Cook County

Title: Health Servces

Place of Employment: State of Illinois

B. Defendant: SHERIFF THMAS J. DART

Title: SHERIFF

Place of Employment: State of Illinois

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

- A. Is there a grievance procedure available at your institution?

    YES ( )　NO (✓)　If there is no grievance procedure, skip to F.

- B. Have you filed a grievance concerning the facts in this complaint?

    YES (✓)　NO ( )

- C. If your answer is YES:

    1. What steps did you take?

        N/A

    2. What was the result?

        They never did Answer I send in 3 grievance And still no Answer.

    3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

        there is no Procdure for Appal

- D. If your answer is NO, explain why not:

    because there is No Appal is what the Authorized Said to me. N/A

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✗) NO (✓)

G. If your answer is **YES**:

   1. What steps did you take? _N/A_

   2. What was the result? _N/A_

H. If your answer is **NO**, explain why not: _N/A_

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

   A.  Name of case and docket number: _N/A_

   B.  Approximate date of filing lawsuit: _N/A_

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

   D.  List all defendants: _N/A_

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

   F.  Name of judge to whom case was assigned: _N/A_

   G.  Basic claim made: _N/A_

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

   I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The pleintff in this case was bit by a spiner in a cell in the Cook County Jail Dept of corr. Pleintff was feeling somethin on his feet, and what he saw was a spiner he kill it that morning his feet was swollen twice the size of the other foot he could not stand on it. pleintff then was told to put in a request form by the C.O. 8-22-07, but the pleintff was never call, then the swollen went over to the other leg, at this time I was in serious pain, plentff shaw it to a nother C.O. that C.O. send him down to health service they gave him tow asipirn and send me back to my cell, and when pleintff could not get out of bed

is when they took things serious 8-24-0-7 and send me to what is call ceramull.

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*The plaintiff Requests Monetary Compensation.*

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __5__, 20__8__

_James Robinson_
(Signature of plaintiff or plaintiffs)

James Robinson
(Print name)

2007002 4460
(I.D. Number)

2617 Marigold Dr Apt #326
Sauk Village, Ill 60411
(Address)