4

CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Feb 19 2008
FEB 1 9 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) JAMES Robinson )
)
v. )
)
Defendant(s) Cook, Couty )
SHeRff. Thmas. J. Dart )
Health SeRvices )

Case Number: _____

08CV1034
JUDGE KENDALL
MAGISTRATE JUDGE DENLOW

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, James Robinson, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Jenner & Block LLC one IBM Plaza 330 N. Wabash Chicago Ill 60604 Depaul Legal Clinic 25 E Jackson Boulevard Chicago Ill 60604

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

James Robinson
Movant's Signature

2617 Marigold apt 326
Street Address

South Village Ill 60441
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | N/A | Case Number |
|---|---|---|
| Case Title | N/A | |
| Appointed Attorney's Name | N/A | |
| If case is still pending, please check box: | N/A ☐ | |

| Assigned Judge | N/A | Case Number |
|---|---|---|
| Case Title | N/A | |
| Appointed Attorney's Name | N/A | |
| If case is still pending, please check box: | N/A ☐ | |

| Assigned Judge | N/A | Case Number |
|---|---|---|
| Case Title | N/A | |
| Appointed Attorney's Name | N/A | |
| If case is still pending, please check box: | N/A ☐ | |

| Assigned Judge | N/A | Case Number |
|---|---|---|
| Case Title | N/A | |
| Appointed Attorney's Name | N/A | |
| If case is still pending, please check box: | ☐ N/A | |