## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1034 | **DATE** | April 4, 2008 |
| **CASE TITLE** | James Robinson (#2007-0024460) vs. Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of February 28, 2008, the court granted the plaintiff's motion for leave to proceed *in forma pauperis* but directed him to submit an amended complaint (plus a judge's copy and service copies). The plaintiff was forewarned that failure to comply within thirty days would result in summary dismissal of this case. Nevertheless, over thirty days have elapsed and the plaintiff has not responded to the court's order. Accordingly, the case is terminated. The plaintiff's motion for appointment of counsel #[4] is denied as moot.

■ [**Docketing to mail notices.**]

mjm